

**[address and telephone no.]**

~~District~~ ~~SUPREME~~ COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------x

Larry Rodriguez
**[your name(s)]**                              Plaintiff(s),

**Index Number**

① ~~HASA~~ ~~HRA~~ - against-  ③ Cops from
② dept of sora                       Houston texas,

**[name(s) of party being sued]**        Defendant(s).

COMPLAINT

------------------------------------------------x

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff **[your name]**, _____

respectfully shows and alleges as follows: **[number each paragraph]**

1. _____

From Larry Rodriguez

Mobile Phone  347 894 1438

Cheif Judge sct us

Larry Rodriguez
• AGAINST•
NYC HRA
NYC SORA
COPS FROM HUOSTON

(1)
MY name is Larry Rodriguez I am the plaintiff and I bring this action up on the above listed respondents i seek injuction and punitive damages and equity of law on the merits he stated on this document,
Nyc hra hasa is in violation of there own protocol by denying me services of nutritious services and medical services because I refuse to go into the dangerous unconveinant emergency housing that they expect me to pay rent for, hra owns me food stamps for pass few months since April of the amount of 281 a month I also expect punitive damages for letting me be with out food, with no food stamps ,and medical services for 3 months except for 40 dollars in food stamps a month they give me, the standard they give to all people that are homeless   the legislation of hasa is different from the legislation of hra none hasa hra clients and there over looking many of the aspects of hasa provisions and using the provisions of regular hra provisions to deal with me, and crating there own ideas as to what provisions of hra should be , I want injuction to prevent hra hasa from denying me medical and nutritious  assistance , and also request all the pass food stamps not given to me back retroactive and im also asking for punitive damages of 1.ooo,ooo, to defer hasa from doing this in the future for pain and suffering ,.

(2)
Compel the cops from huoston to give me my property deeds and papers and money that they stoled from me and are still stealing from me by using my name sake and image to steal my property and money by taking pictures of me and one of there accomplice in the same picture to use the picture to get the money , credit card ,from the finicial facility there getting the money and credit cards from these cops have been falsifying evidence to continue to get court orders to surveillance me month after month so that they could stay close to me and continue to rob my money which may be in a chase bank or citizen bank , beleave I, I want all the property brought with my stolen money confiscated and given back to me , and I want all the money these cops are stealing from me and stoled from me given back to me , I want these cops to stop using my name sake and image to rob me , the cops from huoston should not have property that belongs to me or given to me by the chevron heiress because it was a conflict of interest for the cops from huoston to own or take any of the propertys brought with the chevron finicial facility because they were cops survailving me and are still surveillance me under the color of law and it is a conflict of interest for these cops to own propertys or using my money to/for anything, all the propertys and merchandise brought by the chevron heiress finicl facility in the state of New York was brought using my name sake and image and like wise the property and money stolen from me by the cops from huoston in Texas, also belongs to me
I want the gov to pay me my money these cops stoled from me retroactive payed to me, I have been writing statements on these cops for pass 14 years for sexual harassment and for robbing me and have these statements documented on Gmail and youtube and the Cia files " that would serve as similar to a grievance" take further note the cops from huoston have body doubles of me transacting in business as if they were me selling or/and giving my propertys away brought by the chevron fanicial institute bank receipt of the chevron finicial
account and credit cards would show all the propertys brought with my money the cops from huoston stoled from me and are still stealing from me all the time for years i
Want everything the cops from huoston stoled from me the money and the property these cops have and are stealing from me under the color of law belong to me legally please,  im also asking God for punitive damages of 200.000.000 for pain and suffering thank you,


(3)
I claim that my conviction of which has me as a sora attachment is unconstitutional accord to resjudicata and collateral estoppel and ex post facto doctrine , once family court had adjudicated my criminal circumstances, that criminal justice dept could not legally transfer my matter indictment 1894/97 to the criminal dept
Because it violated the federal doctrine
Exhibited in Supreme Court cases of ex post facto and res judacata as well as collateral estoppel which states in part that once a issue has been adjudicated that it can not be further adjudicated and prevents further adjudication of the merits when family court adjudicated the circumstances of indictment # 1894/97                    .    ( "that" according to family court statute in that era in time it was considered a acquittal and was not allowed to be further prosecuted) i look for dismissal of the conviction of indictment # 1894/97 , base on family court statute (nyc) family court acts, and federal doctrine establish in the Supreme Court of the United States in case law governing "ex post facto , res judicata and collateral estoppel,  which dose not allow further prosecution of matters all ready adjudicated, if my argument is not granted
that would compel the Supreme Court of the United States to reverse there decisions in relation to ex post facto , res judicata , and collateral estoppel Supreme Court case law , also the doctrines of ex post facto and res judicata, and collateral estoppel prevents further punishment then that apply at the time of the decision of a matter hence once the dept of sora impose there ten year jurisdiction over me that they could not further impose a additional 20 years to the ten year posted decision to the ten years initially establish by court decision because it would violate the federal doctrine of ex post facto res judicata and collateral estoppel,  I look for release from sora base on the laws I indicated above on the merits of this
document pursuant to haebest corpus  provisions please, and prevent the 20 year enhancements of 20 years retroactive impose upon me, to that which was applied initially of 10 years.
Its unconstitutional to impose such upon me , I further seek punitive damages hence for suffering and pain crule and unusual punishment to false imprisonment ,  thank you . Larry

⑥

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _____

_____
[sign your name]

_____
[print your name]

_____
[your address]

_____

_____
[your telephone number]

VERIFICATION

STATE OF NEW YORK
COUNTY OF MANHATTAN ss:

_____, being duly sworn, deposes and says:
I am the plaintiff in the above-entitled action.   I have read the foregoing complaint and know the contents thereof.   The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

Affim under penalty of
per jury complaint to be
True to best of my knowledge

_____
[sign your name in front of a Notary]

_____
[print your name]

Sworn to before me this
_____ day of August , 2024

_____
Notary Public

CommenceAction – Rev. May 2022

I Larry Rodriguez is the plaintiff requesting These proceedings 1983 civil Rights claim,

RECEIVED
SDNY PRO SE OFFICE
2024 AUG 14 PM 2:32

friday August, 9th, 2024.

Page

Take note that inclose find

① Summons

② Summons

③ Summons

④⑤⑥ complaint

⑧ poor persons Motion

⑨ Affirmation in support of poor persons motion.

return Address
Larry Rodriguez
296 9th Ave,
NY. NY 10001

excuse errors and defects I am Layman in matters of Law



