UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY RODRIGUEZ,

                Plaintiff,

-against-

HASA HRA, et al.,

                Defendants.

1:24-CV-6451 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated April 14, 2025, and entered on April 16, 2025, the Court granted Plaintiff leave to file an amended complaint, as specified in that order, within 60 days of the date of that order. That order also specified that failure to comply would result in dismissal of this action for the reasons set forth in that order. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action for the reasons set forth in the Court's April 14, 2025 order.

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's April 14, 2025 order.

SO ORDERED.

Dated:  August 20, 2025
           New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                            Chief United States District Judge